Same case below, 638 F.3d 70.

**No. 11-180. Erwin Korniawan, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 944, 132 S. Ct. 416, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7355.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 232.

**No. 11-194. Jane Ann Sasser, et al., Petitioners v. Securities and Exchange Commission, et al.**

565 U.S. 944, 132 S. Ct. 418, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7259.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 338.

**No. 11-196. Euwan Y. A. Godfrey, Petitioner v. Department of Transportation.**

565 U.S. 944, 132 S. Ct. 420, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7372.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 412 Fed. Appx. 306.

**No. 11-197. Kathryn French, et al., Petitioners v. Allstate Indemnity Company.**

565 U.S. 944, 132 S. Ct. 420, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7361.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 637 F.3d 571.

**No. 11-198. Juan Tomas Rojas Nieto, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 944, 132 S. Ct. 420, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7357.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 385.

**No. 11-209. Prem K. Bhama, Petitioner v. Mercy Memorial Hospital Corporation.**

565 U.S. 944, 132 S. Ct. 420, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7385.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 416 Fed. Appx. 542.